No. 517. VOELKEL ET AL. *v.* TOHULKA ET AL. Supreme Court of Indiana. Certiorari denied. *Roger F. Gay* for petitioners. *S. J. Crumpacker* for respondents.

No. 521. MURTHA *v.* MONAGHAN, COMMISSIONER OF HARNESS RACING OF NEW YORK. Court of Appeals of New York. Certiorari denied. *David M. Markowitz* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, *John R. Davison,* Solicitor General, and *Daniel M. Cohen,* Assistant Attorney General, for respondent.

No. 524. D'ESPINAY-DURTAL *v.* HARRIS ET AL. Court of Appeals of New York. Certiorari denied. *George A. Spiegelberg* and *Laurence Rosenthal* for petitioner. *William T. Griffin* and *Herbert Burstein* for Harris et al., respondents.

No. 525. AMÈS ET AL. *v.* CALIFORNIA. District Court of Appeal of California, Second Appellate District. Certiorari denied. *Murray M. Chotiner, Russell E. Parsons, A. L. Wirin* and *Fred Okrand* for Ames et al., petitioners.

No. 526. GENERAL OUTDOOR ADVERTISING CO., INC., *v.* UNITED STATES. Court of Claims. Certiorari denied. *Spaulding Glass* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *Harry Baum* for the United States.